| Fill in this information to identify the case: |
|---|
| Debtor: The Brown Sugar Kitchen, LLC |
| United States Bankruptcy Court for the: Northern District of CA (State) |
| Case number (If known): 21-40689-CN |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ 6,000.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |

Debtor: The Brown Sugar Kitchen, LLC
Name

Case number (if known) 21-40689-CN

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $ Unknown

---

**2.5 Priority creditor's name and mailing address**

Henry C. Levy
Alameda County Tax Collector
1221 Oak St #131
Oakland, CA 94612

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $ 3,316.68

---

**2._ Priority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $_____

---

**2._ Priority creditor's name and mailing address**

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____     $_____

| Debtor | The Brown Sugar Kitchen, LLC | Case number (if known) 21-40689-CN |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
Acme Fire Extinguisher Co.
1305 Fruitvale Ave
Oakland, CA 94601

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 76.83

### 3.2
**Nonpriority creditor's name and mailing address**
Alameda County Environmental Health
1131 Harbor Bay Pkwy
Alameda, CA 94502

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,789.00

### 3.3
**Nonpriority creditor's name and mailing address**
Alexander Tchikh
24545 Leona Drive
Hayward, CA 94542

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,756.93

### 3.4
**Nonpriority creditor's name and mailing address**
Auto-Chlor System
1350 14th Street
Oakland, CA 94607

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 854.45

### 3.5
**Nonpriority creditor's name and mailing address**
Bay Alarm Company
9836 Kitty Lane
Oakland, CA 94603

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,194.66

### 3.6
**Nonpriority creditor's name and mailing address**
Bay Area Distributing Co. Inc.
1061 Factory Street
Richmond, CA 94804

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 380.00

Debtor: The Brown Sugar Kitchen, LLC  
Case number (if known): 21-40689-CN

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.7
**Nonpriority creditor's name and mailing address**
Bay Area Restaurant Services
20 Sage Hill Court
Danville, CA 94526

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 205.00

### 3.8
**Nonpriority creditor's name and mailing address**
Bay Edge Inc.
1456 Fourth Street
Berkeley, CA 94710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 227.50

### 3.9
**Nonpriority creditor's name and mailing address**
Beaune Imports
1490 66th Street
Emeryville, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,045.60

### 3.10
**Nonpriority creditor's name and mailing address**
Beverly Tucker
4080 Sequoyah Road
Oakland, CA 94605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,578.19

### 3.11
**Nonpriority creditor's name and mailing address**
Bicycle Coffee LLC
364 2nd Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 396.50

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of 14

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12
**Nonpriority creditor's name and mailing address**
Brandes Printing Company
726 Addison Street
Berkeley, CA 94710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 180.26

### 3.13
**Nonpriority creditor's name and mailing address**
California Waste Solutions
1820 10th Street
Oakland, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 1,247.00

### 3.14
**Nonpriority creditor's name and mailing address**
The Chef's Warehouse
1250 Whipple Rd
Union City, CA 94587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ Unknown

### 3.15
**Nonpriority creditor's name and mailing address**
City of Oakland
1 Frank H Ogawa Plaza
Oakland, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 184.00

### 3.16
**Nonpriority creditor's name and mailing address**
Civicorps
101 Myrtle Street
Oakland, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 60.00

Debtor   The Brown Sugar Kitchen, LLC   Case number (if known) 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
Classic Services LLC
1148 Lokoya Rd
Napa, CA 94558

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,437.13

**3.18** Nonpriority creditor's name and mailing address
Dogtown Development LLC
3294 Louise Street
Oakland, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,849.21

**3.19** Nonpriority creditor's name and mailing address
Donahue Fitzgerald
1999 Harrison St, 26th Floor
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 25,833.34

**3.20** Nonpriority creditor's name and mailing address
East Bay Restaurant Supply Inc.
49 4th Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 962.87

**3.21** Nonpriority creditor's name and mailing address
East Bay Municipal Utility District
P.O. Box 24055 MS 42
Oakland, CA  94623-1055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,151.64

# Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.22** **Nonpriority creditor's name and mailing address**
Ecolab Pest Elimination Division
P.O. Box 32027
New York, NY 10087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 2,131.84

**3.23** **Nonpriority creditor's name and mailing address**
Edible East Bay LLC
1791 Solano Ave #D14
Berkeley, CA 94707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 900.00

**3.24** **Nonpriority creditor's name and mailing address**
Elizabeth Costello Trust
A Elizabeth Costello 2006 Trust
200 California St., Ste 300
San Francisco, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 8,077.18

**3.25** **Nonpriority creditor's name and mailing address**
FI Administrators
2144 4th Street
San Rafael, CA 94901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 1,400.00

**3.26** **Nonpriority creditor's name and mailing address**
FasTrak
375 Beale Street
San Francisco, CA 94105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 89.00

Debtor  The Brown Sugar Kitchen, LLC  Case number (if known) 21-40689-CN
Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | Nonpriority creditor's name and mailing address: Hachette Book Group, 53 State Street, Boston, MA 02109 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed ☐ Liquidated and neither contingent nor disputed | $1,121.33 |

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

| 3.28 | Nonpriority creditor's name and mailing address: Hartford, 33 New Montgomery Street, San Francisco, CA 94105 | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed | $530.00 |

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

| 3.29 | Nonpriority creditor's name and mailing address: IPFS Corporation, 49 Stevenson St #1275, San Francisco, CA 94105 | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed | $672.63 |

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

| 3.30 | Nonpriority creditor's name and mailing address: K. Doving Co. Inc., 1165 Folsom Street, San Francisco, CA 94103 | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,187.76 |

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

| 3.31 | Nonpriority creditor's name and mailing address: Kaiser Foundation Health Plan, 1950 Franklin Street, Oakland, CA 94612 | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed | $753.35 |

Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Debtor   The Brown Sugar Kitchen, LLC           Case number *(if known)* 21-40689-CN
         Name

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.32
**Nonpriority creditor's name and mailing address**
Kathryn Porter

3242 Louise Street
Oakland, CA 94608

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 8,112.12

### 3.33
**Nonpriority creditor's name and mailing address**
Kelvin Tse

8 Bates Blvd
Orinda, CA 94563

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 3,600.00

### 3.34
**Nonpriority creditor's name and mailing address**
Kristen Green Public Relations

2030 Moraga Street
San Francisco, CA 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 1,000.00

### 3.35
**Nonpriority creditor's name and mailing address**
Kurt Schmitz Jr. Inc.

410 Hester Street
San Leandro, CA 94577

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ 7,254.27

### 3.36
**Nonpriority creditor's name and mailing address**
Lexus Financial Services

P.O. Box 15012
Chandler, AZ 85244

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$ Unknown

| Debtor | The Brown Sugar Kitchen, LLC | Case number (if known) 21-40689-CN |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Main Street Launch

2101 Webster St #1200
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 22,581.71

---

**3.38** Nonpriority creditor's name and mailing address

Matt Novak

1510 32nd Street
Emeryville, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,900.03

---

**3.39** Nonpriority creditor's name and mailing address

Merrit Sher

225 108th Ave NE, Ste 520
Bellevue, WA 98004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 48,473.72

---

**3.40** Nonpriority creditor's name and mailing address

Nowak Family Trust

747 N Wabash Ave #1903
Chicago, IL 60611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,457.37

---

**3.41** Nonpriority creditor's name and mailing address

Palmisano Trust

The Palmisano 1996 Revocable Trust
3701 Buchanan St, 2nd Floor
San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,574.92

---

Debtor  The Brown Sugar Kitchen, LLC                Case number (*if known*) 21-40689-CN
        *Name*

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.42** **Nonpriority creditor's name and mailing address**

Paul Pezcon

1424 Magnolia Street
Oakland, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 23,773.73

---

**3.43** **Nonpriority creditor's name and mailing address**

Petaluma Farms

700 Cavanaugh Lane
Petaluma, CA 94952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 773.45

---

**3.44** **Nonpriority creditor's name and mailing address**

PG&E

P.O. Box 997300
Sacramento, CA 95899

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 365.62

---

**3.45** **Nonpriority creditor's name and mailing address**

RMS (Personnel Concepts)

3200 E Guasti Rd, Ste 300
Ontario, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 262.19

---

**3.46** **Nonpriority creditor's name and mailing address**

SESAC, LLC

Attn: General Counsel
152 West 57th St, 57th Floor
New York, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 334.00

Debtor: The Brown Sugar Kitchen, LLC
Case number (if known): 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.47** Nonpriority creditor's name and mailing address
Starline Supply Company
2401 Peralta Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 889.16

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.48** Nonpriority creditor's name and mailing address
Steve & Tiffanie Kalmbach
2531 78th Avenue
Oakland, CA 94605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,572.40

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.49** Nonpriority creditor's name and mailing address
T Elenteny Imports
131 Camino Alto
Mill Valley, CA 94941

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 382.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.50** Nonpriority creditor's name and mailing address
Universal Steam Inc.
P.O. Box 589
Oakley, CA 94561

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 525.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.51** Nonpriority creditor's name and mailing address
Uphold Wines
Hassett Lane
Healdsburg, CA 95448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 252.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Debtor: The Brown Sugar Kitchen, LLC   Case number (if known): 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.52** Nonpriority creditor's name and mailing address
Waste Management
172 98th Ave
Oakland, CA 94603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,803.46

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.53** Nonpriority creditor's name and mailing address
Wine Warehouse
P.O. Box 45616
San Francisco, CA 94145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254.08

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.54** Nonpriority creditor's name and mailing address
Bay Area Beverage Company
700 National Court
Richmond, CA 94804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 287.40

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.__** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.__** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Case: 21-40689   Doc# 32   Filed: 06/16/21   Entered: 06/16/21 18:41:03   Page 13 of 14

Debtor  The Brown Sugar Kitchen, LLC                    Case number (*if known*) 21-40689-CN
        Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---:|
| 5a. **Total claims from Part 1** | 5a. | $ 9,316.68 |
| 5b. **Total claims from Part 2** | 5b. + | $ 273,701.83 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 283,018.51 |