| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor | The Brown Sugar Kitchen, LLC | |
| United States Bankruptcy Court for the: | Northern | District of CA (State) |
| Case number (If known) | 21-40689-CN | |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ 6,000.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |

Debtor: The Brown Sugar Kitchen, LLC  
Case number (if known): 21-40689-CN

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4 Priority creditor's name and mailing address**

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Date or dates debt was incurred: ____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $ Unknown

---

**2.5 Priority creditor's name and mailing address**

Henry C. Levy
Alameda County Tax Collector
1221 Oak St #131
Oakland, CA 94612

Date or dates debt was incurred: ____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $ 3,316.68

---

**2._ Priority creditor's name and mailing address**

Date or dates debt was incurred: ____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

---

**2._ Priority creditor's name and mailing address**

Date or dates debt was incurred: ____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

Case: 21-40689   Doc# 56   Filed: 10/04/21   Entered: 10/04/21 10:50:39   Page 2 of 16

| Debtor | The Brown Sugar Kitchen, LLC | Case number (if known) | 21-40689-CN |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Acme Fire Extinguisher Co.<br>1305 Fruitvale Ave<br>Oakland, CA 94601<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 76.83 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Alameda County Environmental Health<br>1131 Harbor Bay Pkwy<br>Alameda, CA 94502<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 2,789.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Alexander Tchikh<br>1270 Shell Avenue<br>Pacific Grove, CA 93950<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 3,756.93 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Auto-Chlor System<br>1350 14th Street<br>Oakland, CA 94607<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 854.45 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Bay Alarm Company<br>9836 Kitty Lane<br>Oakland, CA 94603<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,194.66 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Bay Area Distributing Co. Inc.<br>1061 Factory Street<br>Richmond, CA 94804<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 380.00 |

## Part 2: Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7** Nonpriority creditor's name and mailing address

Bay Area Restaurant Services

20 Sage Hill Court
Danville, CA 94526

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 205.00

**3.8** Nonpriority creditor's name and mailing address

Bay Edge Inc.

1456 Fourth Street
Berkeley, CA 94710

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 227.50

**3.9** Nonpriority creditor's name and mailing address

Beaune Imports

1490 66th Street
Emeryville, CA 94608

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 3,045.60

**3.10** Nonpriority creditor's name and mailing address

Beverly Tucker

4080 Sequoyah Road
Oakland, CA 94605

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 15,578.19

**3.11** Nonpriority creditor's name and mailing address

Bicycle Coffee LLC

364 2nd Street
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

$ 396.50

Debtor  The Brown Sugar Kitchen, LLC  Case number (if known) 21-40689-CN
         Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Brandes Printing Company

726 Addison Street
Berkeley, CA 94710

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 180.26

---

**3.13** Nonpriority creditor's name and mailing address

California Waste Solutions

1820 10th Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,247.00

---

**3.14** Nonpriority creditor's name and mailing address

The Chef's Warehouse

1250 Whipple Rd
Union City, CA 94587

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.15** Nonpriority creditor's name and mailing address

City of Oakland

1 Frank H Ogawa Plaza
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 184.00

---

**3.16** Nonpriority creditor's name and mailing address

Civicorps

101 Myrtle Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 60.00

---

Case: 21-40689   Doc# 56   Filed: 10/04/21   Entered: 10/04/21 10:50:39   Page 5 of 16
Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 5 of 14

Debtor: The Brown Sugar Kitchen, LLC  
Case number (if known): 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.17
**Nonpriority creditor's name and mailing address**
Classic Services LLC
1148 Lokoya Rd
Napa, CA 94558

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 6,437.13

### 3.18
**Nonpriority creditor's name and mailing address**
Dogtown Development LLC
3294 Louise Street
Oakland, CA 94608

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 15,849.21

### 3.19
**Nonpriority creditor's name and mailing address**
Donahue Fitzgerald
1999 Harrison St, 26th Floor
Oakland, CA 94612

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 25,833.34

### 3.20
**Nonpriority creditor's name and mailing address**
East Bay Restaurant Supply Inc.
49 4th Street
Oakland, CA 94607

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 962.87

### 3.21
**Nonpriority creditor's name and mailing address**
East Bay Municipal Utility District
P.O. Box 24055 MS 42
Oakland, CA  94623-1055

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 3,151.64

Official Form 206E/F — Schedule E/F: Creditors Who Have Unsecured Claims — page 6 of 14

Debtor  The Brown Sugar Kitchen, LLC   Case number (if known) 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address
Ecolab Pest Elimination Division
P.O. Box 32027
New York, NY 10087

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,131.84

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.23** Nonpriority creditor's name and mailing address
Edible East Bay LLC
1791 Solano Ave #D14
Berkeley, CA 94707

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 900.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.24** Nonpriority creditor's name and mailing address
Elizabeth Costello Trust
A Elizabeth Costello 2006 Trust
200 California St., Ste 300
San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,077.18

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.25** Nonpriority creditor's name and mailing address
FI Administrators
2144 4th Street
San Rafael, CA 94901

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,400.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**3.26** Nonpriority creditor's name and mailing address
FasTrak
375 Beale Street
San Francisco, CA 94105

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 89.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

# Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.27**  **Nonpriority creditor's name and mailing address**

Hachette Book Group

53 State Street
Boston, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,121.33

---

**3.28**  **Nonpriority creditor's name and mailing address**

The Hartford Financial Services Group, Inc.

690 Asylum Avenue
Hartford, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 530.00

---

**3.29**  **Nonpriority creditor's name and mailing address**

IPFS Corporation

49 Stevenson St #1275
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 672.63

---

**3.30**  **Nonpriority creditor's name and mailing address**

K. Doving Co. Inc.

1165 Folsom Street
San Francisco, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,187.76

---

**3.31**  **Nonpriority creditor's name and mailing address**

Kaiser Foundation Health Plan

1950 Franklin Street
Oakland, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 753.35

| | | |
|---|---|---|
| Debtor | The Brown Sugar Kitchen, LLC | Case number (if known) 21-40689-CN |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address

Kathryn Porter

3242 Louise Street
Oakland, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,112.12

**3.33** Nonpriority creditor's name and mailing address

Kelvin Tse

8 Bates Blvd
Orinda, CA 94563

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,600.00

**3.34** Nonpriority creditor's name and mailing address

Kristen Green Public Relations

2030 Moraga Street
San Francisco, CA 94122

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,000.00

**3.35** Nonpriority creditor's name and mailing address

Kurt Schmitz Jr. Inc.

410 Hester Street
San Leandro, CA 94577

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,254.27

**3.36** Nonpriority creditor's name and mailing address

Lexus Financial Services

P.O. Box 15012
Chandler, AZ 85244

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

Debtor: The Brown Sugar Kitchen, LLC    Case number (if known): 21-40689-CN

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.37
**Nonpriority creditor's name and mailing address**
Main Street Launch
2101 Webster St #1200
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 22,581.71

### 3.38
**Nonpriority creditor's name and mailing address**
Matt Novak
1000 Trestle Glen Road
Oakland, CA 94610

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,900.03

### 3.39
**Nonpriority creditor's name and mailing address**
Merrit Sher
c/o David Beckerman, CFO
Sher Partners
10500 NE 8th Street, Suite 1930
Bellevue, WA 98004

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 48,473.72

### 3.40
**Nonpriority creditor's name and mailing address**
Nowak Family Trust
747 N Wabash Ave #1903
Chicago, IL 60611

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,457.37

### 3.41
**Nonpriority creditor's name and mailing address**
Palmisano Trust
The Palmisano 1996 Revocable Trust
3701 Buchanan St, 2nd Floor
San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 15,574.92

Case: 21-40689    Doc# 56    Filed: 10/04/21    Entered: 10/04/21 10:50:39    Page 10 of 16

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

Paul Pezcon

1424 Magnolia Street
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 23,773.73

**3.43** Nonpriority creditor's name and mailing address

Petaluma Farms

700 Cavanaugh Lane
Petaluma, CA 94952

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 773.45

**3.44** Nonpriority creditor's name and mailing address

PG&E

P.O. Box 997300
Sacramento, CA 95899

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 365.62

**3.45** Nonpriority creditor's name and mailing address

RMS (Personnel Concepts)

3200 E Guasti Rd, Ste 300
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 262.19

**3.46** Nonpriority creditor's name and mailing address

SESAC, LLC

Attn: General Counsel
152 West 57th St, 57th Floor
New York, NY 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 334.00

Debtor: The Brown Sugar Kitchen, LLC  
Case number (if known): 21-40689-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

Starline Supply Company

2401 Peralta Street
Oakland, CA 94607

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 889.16

---

**3.48** Nonpriority creditor's name and mailing address

Steve & Tiffanie Kalmbach

2531 78th Avenue
Oakland, CA 94605

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 14,572.40

---

**3.49** Nonpriority creditor's name and mailing address

T Elenteny Imports

285 W. Broadway, #500
New York, NY 10013

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 382.00

---

**3.50** Nonpriority creditor's name and mailing address

Universal Steam Inc.

P.O. Box 589
Oakley, CA 94561

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 525.00

---

**3.51** Nonpriority creditor's name and mailing address

Uphold Wines

6450 First Street
Forestville, CA 95436

As of the petition filing date, the claim is:
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 252.00

| Debtor | The Brown Sugar Kitchen, LLC | Case number (if known) 21-40689-CN |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.52
**Nonpriority creditor's name and mailing address**
Waste Management
172 98th Ave
Oakland, CA 94603

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,803.46

### 3.53
**Nonpriority creditor's name and mailing address**
Wine Warehouse
P.O. Box 45616
San Francisco, CA 94145

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 254.08

### 3.54
**Nonpriority creditor's name and mailing address**
Bay Area Beverage Company
700 National Court
Richmond, CA 94804

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 287.40

### 3.55
**Nonpriority creditor's name and mailing address**
Toyota Lease Trust
c/o Toyota Motor Credit Corporation
P.O. Box 9013
Addison, TX 75001

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,050.16

### 3.__
**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Case: 21-40689    Doc# 56    Filed: 10/04/21    Entered: 10/04/21 10:50:39    Page 13 of 16

Debtor  The Brown Sugar Kitchen, LLC
Name

Case number (*if known*) 21-40689-CN

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 9,316.68 |
| 5b. **Total claims from Part 2** | 5b. + | $ 279,751.99 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 289,068.67 |

# ADDITIONAL CREDITORS

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
P.O. Box 9013
Addison, Texas 75001