| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | The Brown Sugar Kitchen, LLC | |
| United States Bankruptcy Court for the: | Northern | District of CA (State) |
| Case number (If known): | 21-40689-CN | Chapter 11 |

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Lexus NX<br>JTJBJRBZ9J2090435 | Toyota Lease Trust<br>c/o Toyota Motor Corporation<br>P.O. Box 9013<br>Addison, Texas 75001 |
| | State the term remaining | 03/26/2022 | |
| | List the contract number of any government contract | | |

Case: 21-40689   Doc# 57   Filed: 10/04/21   Entered: 10/04/21 10:53:52   Page 1 of 1

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  page 1 of 1