| | |
|---|---|
| 1 | SIMON ARON (State Bar No. 108183) |
| | saron@wrslawyers.com |
| 2 | JOHNNY WHITE (State Bar No. 269306) |
| | jwhite@wrslawyers.com |
| 3 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| | 11400 West Olympic Boulevard, 9th Floor |
| 4 | Los Angeles, California 90064-1582 |
| | Telephone: (310) 478-4100 |
| 5 | Facsimile: (310) 479-1422 |
| 6 | Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

BSK HOSPITALITY GROUP, LLC,
BSK BROADWAY, LLC
BSK FERRY BUILDING, LLC,
B-SIDE BBQ, LLC,
THE BROWN SUGAR KITCHEN, LLC,

　　　　Debtors.

☐　Affects ALL DEBTORS
☐　Affects BSK HOSPITALITY
☐　Affects BSK BROADWAY
☐　Affects BSK FERRY
☐　Affects B-SIDE BBQ
☒　Affects THE BROWN SUGAR KITCHEN

Case No. 21-40686 CN
(Lead Case)

Chapter 11

(Administratively Consolidated)

**AMENDED CREDITOR MATRIX**

Judge: Hon. Charles Novack

Alexander Tchikh
1270 Shell Avenue
Pacific Grove, CA 93950


Toyota Lease Trust
c/o Toyota Motor Credit Corporation
P.O. Box 9013
Addison, Texas 75001

4763357.1
Case: 21-40689    Doc# 58    Filed: 10/04/21    Entered: 10/04/21 10:55:15    Page 2 of 2